# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE J. STEVENSON, CDCR #K-16324,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, PhD, Secretary of CDCR, et al.,<br><br>Defendant. | Case No.: 3:16-cv-03079-JLS-PCL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE FUTURE AMENDED COMPLAINT** |

Plaintiff Stevie J. Stevenson, currently incarcerated at Centinela State Prison, proceeding pro se and *in forma pauperis* filed this civil action pursuant to 42 U.S.C. § 1983. Before this Court now is Plaintiff's motion to file a future amended complaint or a future supplemental complaint. (Doc. 20.)

Under Federal Rules of Civil Procedure 15(a)(2), "a party may amend its pleading with . . . the court's leave." This rule also requires the court "freely give leave when justice so requires." Id. Here, Plaintiff requests this Court grant him leave to file a future amended complaint once he is in possession of the names of additional defendants, which he expects to obtain during discovery. (Doc. 20 at 3.)

//
//

Currently, the Court cannot grant Plaintiff's motion to file an amended complaint sometime in the future because the motion is premature. Instead, the Court requests Plaintiff gather the information he requires for any subsequent amendments or supplements, and petition the Court for leave to amend his complaint at that time.

Thus, Plaintiff's motion to file a future amended complaint or a future supplemental complaint is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 6, 2017

Hon. Peter C. Lewis
United States Magistrate Judge