UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE J. STEVENSON, CDCR #K-16324,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY BEARD, PhD, Secretary of CDCR, et al.,<br><br>Defendants. | Case No.: 16-CV-03079 JLS (PCL)<br><br>**ORDER RE MOTION FOR CLARIFICATION AND REQUESTS FOR DOCUMENTS**<br><br>(ECF No. 58) |

Plaintiff has filed a Motion for Clarification Regarding Timely Filing of Objections to Magistrate's Report & Recommendation; Request for Copy of Magistrate's Report and Recommendation; Request for Copy of Docket Sheet, (ECF No. 58).

Regarding Plaintiff's clarification request: Plaintiff has filed objections to Magistrate Judge Lewis's Report & Recommendation ("R&R"), (ECF No. 55), and the Court has taken the matter under submission. Plaintiff will receive an order from the Court in due course.

Regarding Plaintiff's request for documents, Plaintiff states he still has not received "an official" copy of the R&R. He states he is having problems receiving mail and does not know if certain motions of his have been ruled on. He requests a copy of the R&R and a copy of the docket in this matter. Plaintiff is cautioned that his IFP status does *not* include

| | |
|---|---|
| 1 | the right to have documents photocopied and provided to him at government expense. *See* |
| 2 | *e.g.*, *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990) (28 U.S.C. § 1915 "does not give |
| 3 | the litigant a right to have documents copied and returned to him at government expense."); |
| 4 | *Tedder v. Odel*, 890 F.2d 210, 211 (9th Cir. 1989) (28 U.S.C. § 1915 does not waive costs |
| 5 | of litigation other than the filing of the complaint and service of process). Nevertheless, |
| 6 | the Court **GRANTS** Plaintiff's Request. The Clerk **SHALL** send Plaintiff a copy of |
| 7 | Magistrate Judge Lewis's R&R, (ECF No. 47), as well as a copy of the docket in this |
| 8 | matter. |

**IT IS SO ORDERED.**

Dated: June 4, 2018

*[signature]*
Hon. Janis L. Sammartino
United States District Judge